703 A.2d 936

IN THE MATTER OF ROBERT S. ELLENPORT,
AN ATTORNEY AT LAW.

January 14, 1998.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **ROBERT S. ELLENPORT** of **CLARK**, who was admitted to the bar of this State in 1975, be reprimanded for violating *RPC* 1.2(a) (failure to abide by client's decisions concerning the objectives of representation); *RPC* 1.4

(failure to communicate); and *RPC* 1.7(a), (b) and (c) (conflict of interest), and good cause appearing;

It is ORDERED that **ROBERT S. ELLENPORT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.